UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION et al.,

                Plaintiffs,

-against-

OUTREACH CALLING, INC. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2020

20-cv-7505 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      On September 24, 2020, the Court held a telephone conference regarding the plaintiffs' motions for approval of their proposed consent decrees with the various defendants in this case [ECF #14, 14-1, 15, 15-1, 17, 17-1, 21, 21-1]. At the conference, the Court raised several issues with the parties, including whether venue is proper in this District. The plaintiffs proposed filing a memorandum in further support of their motions, and the Court agreed. On October 1, 2020, the plaintiffs filed a memorandum in further support of their motions, but that memorandum does not address the issue of venue [ECF #37]. Accordingly, IT IS HEREBY ORDERED that, by October 23, 2020, the parties shall file a joint letter explaining their positions on whether venue is proper in this District.

**SO ORDERED.**

**Date: October 14, 2020**
**New York, NY**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**