UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/13/2021

FEDERAL TRADE COMMISSION *et al.*,

    Plaintiffs,

        v.

Outreach Calling, Inc., a Nevada corporation, also
dba Market Process Group *et al.*,

    Defendants.

Case No. 1:20-cv-07505-MKV

**ORDER**

Upon the motion of the Commonwealth of Virginia, by its Attorney General; the State of New York, by its Attorney General; and Gurbir S. Grewal, Attorney General of the State of New Jersey, and Kaitlin A. Caruso, Acting Director of the New Jersey Division of Consumer Affairs (collectively, "Moving Plaintiffs"), IT IS HEREBY ORDERED THAT the settlement funds received as a result of the settlement of this matter shall be distributed to the following six charitable organizations as follows:

(1) the Semper Fi & America's Fund to receive $75,568.78 within 30 days of this Court's Order and an additional $75,000 within 30 days of Defendant Gelvan completing all payments as required by Section XI of the Settlement Order;

(2) SHARE Self-Help for Women with Breast Cancer to receive $75,568.78 within 30 days of this Court's Order and an additional $75,000 within 30 days of Defendant Gelvan completing all payments as required by Section XI of the Settlement Order;

(3) Concerns of Police Survivors Inc. to receive $75,568.78 within 30 days of this Court's Order and an additional $75,000 within 30 days of Defendant Gelvan completing all payments as required by Section XI of the Settlement Order;

(4) National Fallen Firefighters Foundation to receive $75,568.78 within 30 days of this

Court's Order and an additional $75,000 within 30 days of Defendant Gelvan

completing all payments as required by Section XI of the Settlement Order;

(5) National Alliance to End Homelessness to receive $75,568.78 within 30 days of this

Court's Order and an additional $75,000 within 30 days of Defendant Gelvan

completing all payments as required by Section XI of the Settlement Order; and

(6) Operation Gratitude to receive $75,568.78 within 30 days of this Court's Order and an

additional $75,000 within 30 days of Defendant Gelvan completing all payments as

required by Section XI of the Settlement Order.

**SO ORDERED**

**Date:**  April 13, 2021
       **New York, NY**

_____
**MARY KAY VSYKOCIL**
**United States District Judge**

1