UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2022
```

FEDERAL TRADE COMMISSION et al.,

Plaintiffs,

-against-

OUTREACH CALLING, INC. et al.,

Defendants.

20-cv-7505 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In an Order dated April 13, 2021, the Court granted a request for disbursement of funds pursuant to the settlement in this case [ECF No. 48]. Accordingly, IT IS HEREBY ORDERED that, by July 25, 2025, the parties shall file a joint letter informing the Court whether this case may be administratively closed.

**SO ORDERED.**

**Date: July 18, 2022**
**New York, NY**

*[Signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**